

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00499-CV

### JESUS TREVINO MONCAYO JR.
v.
### MARICELA MONCAYO MARROQUIN

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-3437-23-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed.

We further order this decision certified below for observance.

November 21, 2024